UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 07-20444-CR-MARTINEZ/BANDSTRA(s)

UNITED STATES OF AMERICA

  vs.

YADIRA ALLUE and
ALEXANDER GONZALEZ,

    **Defendants.**
_____/

### UNOPPOSED MOTION FOR A *GARCIA* HEARING

  The United States, through the undersigned, hereby requests a hearing pursuant to pursuant to *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Fed. R. Crim. P. 44(c) because defendants Alexander Gonzalez and Yadira Allue (hereinafter "defendants") are jointly represented by the same counsel, Attorney Gregory Gonzalez.

  As grounds for its motion, the United States claims as follows:

  1. On Thursday, July 26, 2007, a federal grand jury in the Southern District of Florida, issued an indictment against the defendants, who were charged in Count 5 with conspiracy to structure transactions to evade reporting requirements, in violation of 18 U.S.C. § 371. The indictment was unsealed by Magistrate Judge Garber this afternoon in Magistrate Court.

  2. The defendants are married to each other and are both represented by attorney Gregory Gonzalez. During the afternoon session of Magistrate Court on July 30, 2007, Magistrate Judge Barry L. Garber directed the United States to file a written motion for a *Garcia* hearing.

  3. It is the position of the United States that if both defendants want to be jointly represented by attorney Gregory Gonzalez, the Court is required to conduct a hearing pursuant to

*United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Fed. R. Crim. P. 44(c).  At that hearing, the United States requests that the Court personally advise each defendant as to their right to effective assistance of counsel, including separate representation and the potential and/or actual conflicts of interest that may arise from joint representation.  Additionally, the United States requests the Court also inform the defendants that if they do, in fact, waive the conflict of interest, any issues or appeals arising out of the joint representation are waived.  *See United States v. Rodriguez*, 982 F.2d 474 (11th Cir. 1993).

      4.      The United States has discussed this motion with attorney Gregory Gonzalez, who does not oppose the motion.

WHEREFORE, the United States respectfully requests the Court conduct a *Garcia* hearing.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:  /s/ Randall D. Katz
     Randall D. Katz
     Assistant United States Attorney
     Court I.D. No. A5500942
     99 NE 4th Street, Suite 600
     Miami, FL 33172
     Tel: (305) 961-9034
     Fax: (305) 540-7976
     Randy.Katz@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 30, 2007, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served the same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Randall D. Katz
Randall D. Katz
Assistant United States Attorney