CASE NO: 07-20444 CR-JEM

## DOCUMENTS RETURNED

## PURSUANT TO COURT ORDER
## DENYING MOTION TO SEAL
### per: Local Rule 5.4(C)

## DOCKET ENTRY

## NUMBER 124